# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

IN RE: **ANIBAL ALVALLE COLON**

Debtor(s)

CASE NO: **16-00930-MCF**

**Chapter 13**

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: **02/09/2016**

Days From Petition Date: **38**

910 Days Before Petition: **08/13/2013**

Chapter 13 Plan Date: **02/09/2016**  ☐ Amended

This is Debtor(s) _____ Bankruptcy petition.

Payment(s) ☐ Received or ☐ Evidence shown at meeting:

Check/MO# _____

Date: _____    Amount: $ _____

First Meeting Date: **03/17/2016 at 9:00AM**

341 Meeting Date: **03/17/2016 at 9:00AM**

Confirmation Hearing Date: **04/15/2016 at 1:30PM**

Plan Base: **$9,000.00**   Plan Docket **#2**

This is the _____ scheduled meeting.

Total Paid In: **$150.00**

*APPEREANCES:   ☐ Telephone    ☐ Video Conference

Debtor: ☐ Present ☒ Absent ☐ ID & Soc. OK        Joint Debtor: ☐ Present ☐ Absent    ☐ ID & Soc. OK

☐ Examined    ☒ Not Examined under Oath         ☐ Examined    ☐ Not Examined under Oath

Attorney for Debtor(s): ☐ Not Present   ☒ Present

Name of Attorney Present (Other than Attorney of Record):   Figuera Colon

☐ Pro-se

☐ Creditor(s) Present          ☒ None

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **ROBERTO FIGUEROA CARRASQUILLO***

Total Agreed: **$3,000.00**    Paid Pre-Petition: **$132.00**    Outstanding (Through the Plan): **$2,868.00**

*TRUSTEE'S REPORT ON CONFIRMATION & STATUS OF §341 MEETING

Debtor(s) Income is (are) ☐ Under  ☐ Above Median Income        Liquidation Value: $ TBD

Commitment Period is      ☐ 36 months   ☐ 60 months §1325(b)(1)(B)      Projected Disp. Inc.: $ TBD

The Trustee:    ☐ NOT OBJECTS   ☐ OBJECTS    Plan Confirmation    Gen. Uns. Approx. Dist.: ___ %

§341 Meeting ☑ CONTINUED ☐ NOT HELD ☐ CLOSED ☐ HELD OPEN FOR ____ DAYS

§341 Meeting Rescheduled for: May 17, 2016 at 1:00 pm

Comments: Debtor is sick unable to attend 341, medical certificate was submitted.

---

*TRUSTEE'S OBJECTIONS TO CONFIRMATION: NOTICE: LBR 3015-2(c)(6) The debtor must within seven (7) days after service of the objection file either: (A) an amended plan that addresses each objection; or (B) a reply setting forth the facts and legal arguments that give rise to the reply in sufficient detail to allow each objector, if possible, to reconsider and withdraw its objection.

-Debtor has failed to submit value of the vehicle listed in Schedules B.

[1325(a)(8)] DSO Payment Default – Debtor(s) is in default with postpetition DSO payments.

-Debtor has failed to submit evidence of being current with post-petition DSO payments. Debtor must submit evidence of being current with said obligation (1 accounts) up until the confirmation of the plan.
-Debtor must submit contact information of DSO claimant (name, telephone and address).

[1325(a)(9)] Tax Requirements – Debtor(s) fails to comply with Tax Return filing requirement of [1308].

-Debtor has failed to submit evidence of having filed local tax returns for years 2015.

---

/s/ Jose R. Carrion, Esq.          Meeting Date: Mar 17, 2016
     Trustee

/s/ Juliel Perez, Esq., Presiding Officer

Last Docket Verified: 8    Last Claim Verified: 1